Walter HUMPHREY, Donald V. Malone, Robert Kalwat, and Marion A. Sacksteder, Plaintiffs-Appellants,

v.

DEALERS TRANSPORT COMPANY, and E & L Transport Company, Defendants-Appellees.

No. 18502.

United States Court of Appeals
Sixth Circuit.

Jan. 10, 1969.

Mozart G. Ratner, Washington, D. C., H. Solomon Horen, Josephine P. Hughett, Louisville, Ky., William S. Zeman, Hartford, Conn., on brief, for appellants.

Edgar A. Zingman, Louisville, Ky., A. Wallace Grafton, Jr., Louisville, Ky., on brief; Wyatt, Grafton & Sloss, Louisville, Ky., of counsel, for appellee E & L Transport Co.

George H. Logan, Louisville, Ky., Franklin P. Hays, Skaggs & Hays, Louisville, Ky., Newell N. Fowler, Memphis, Tenn., on brief, for appellee Dealers Transport Co.

Before O'SULLIVAN and CELEBREZZE, Circuit Judges, and McALLISTER, Senior Circuit Judge.

ORDER

The above cause coming on to be heard upon the briefs and record, and the arguments of the parties in open court, and the Court being duly advised,

Now, therefore, it is hereby ordered, adjudged and decreed that the judgment be and is hereby affirmed for the reasons set forth in the Findings of Fact and Conclusions of Law of Judge Henry L. Brooks, D.C., 304 F.Supp. 104.

Leslie E. BARNETT, d/b/a Barnett Instrument Company, Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 19286.

United States Court of Appeals
Sixth Circuit.

Oct. 2, 1969.

Charles Hampton White, Nashville, Tenn., for petitioner.

Leonard M. Wagman, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Ian D. Lanoff, Attorney, N. L. R. B., Washington, D. C., on brief, for respondent.

Before WEICK and PECK, Circuit Judges, and MACHROWICZ *, District Judge.

ORDER.

This case is before the Court upon the petition of Leslie E. Barnett, d/b/a Barnett Instrument Company to review and set aside an order of the National Labor Relations Board, and upon the Board's cross-application to enforce the order. The decision and order of the Board are reported at 173 NLRB No. 217.

Upon consideration of briefs and oral arguments, the Court holds that the findings and decision of the Board are supported by substantial evidence on the record as a whole.

It is ordered that enforcement be and hereby is granted.

* Honorable Thaddeus M. Machrowicz, Judge of the United States District Court for the Eastern District of Michigan, sitting by designation.